UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LAWRENCE BITKOWER, VERONICA BITKOWER,   :   13-CIV-4777 (RJS)
EVAN DACH, MIU NG, ELVIRA JANTURINA,    :
CHARLES KAUFMAN, JACUELINE KAUFMAN,     :   ECF CASE
RALPH WIZNITZER, ALAN ROTH, SEAN FINNERTY, :
IBRAHIM ALI, GUY WEGENER                :
                                        :
                    Plaintiffs,         :   **NOTICE OF APPEARANCE**
        -v.-                            :
                                        :
STARBUCKS CORPORATION d/b/a             :
STARBUCKS COFFEE COMPANY                :
                                        :
                    Defendant.          :
-----------------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

   PLEASE TAKE NOTICE that Andrew Rozynski of Eisenberg & Baum LLP, a member of this Court in good standing, hereby enters an appearance as counsel for all Plaintiffs in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Dated: New York, New York
       July 12, 2013                        Respectfully submitted,

                                            EISENBERG & BAUM, LLP.

                                            By: /s/ Andrew Rozynski
                                                   Andrew Rozynski

                                            24 Union Square East 4th FL.
                                            New York, NY 10003
                                            Tel: 212-353-8700
                                            E-mail: arozynski@eandblaw.com

                                            Attorneys for Plaintiffs