# EISENBERG & BAUM

**MEMO ENDORSED**

August 6, 2013

**VIA ELECTRONIC MAIL**
The Honorable Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 905
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-13
```

Re:   *Bitkower et al v. Starbucks Corporation*
      Civil Action No.: 1:13-cv-04777-RJS

Dear Judge Sullivan:

   This office represents all Plaintiffs in connection with the above-referenced matter. We write with the consent of Defendant regarding the in-person status conference scheduled before Your Honor on August 30, 2013.

   We are kindly requesting an adjournment of the status conference currently scheduled for August 30, 2013 at 2:45pm. We have conferred with opposing counsel and can provide the following dates in which all counsel is available. These dates include: 9/4/13, 9/5/13, 9/6/13, 9/23/13, and 9/24/13.

   We thank Your Honor for your consideration in this matter.

Sincerely,

Andrew Rozynski, Esq.

```
The initial conference is adjourned to
September 4, 2013 at 11:30 a.m. This Order
does not affect the deadline for submitting the
joint letter and case management plan called
for in the Court's prior Scheduling Order.
```

cc:   Eric M. Baum Esq. (Via E-mail)
      James S. O'Brien Jr. Esq. (Via E-mail)

SO ORDERED
Dated: 8/6/13
RICHARD J. SULLIVAN
U.S.D.J.

EISENBERG & BAUM, LLP
REAL ESTATE·LITIGATION·CORPORATE·ESTATE PLANNING·ENTERTAINMENT LAW
24 UNION SQUARE EAST FOURTH FLOOR NEW YORK NY 10003
36 MAPLE PLACE MANHASSET NY 11030
PH 212 353 8700 FAX 212 353 1708
EandBLaw.com