```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-22-13
```

Sullivan, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

LAWRENCE BITKOWER, VERONICA
BITKOWER, EVAN DACH, MIU NG,
DONALD NEMKOVSKY, CHARLES
KAUFMAN, JACUELINE KAUFMAN,
RALPH WIZNITZER, ALAN ROTH,
SEAN FINNERTY, IBRAHIM ALI,
GUY WEGENER, ELVIRA JANTURINA

       Plaintiffs,

  -against-

STARBUCKS CORPORATION d/b/a
STARBUCKS COFFEE COMPANY,

       Defendant.
-------------------------------------------------------X

Civil Action No: 13 CIV 4777

**STIPULATION**

IT IS HEREBY STIPULATED TO AND AGREED by and between undersigned counsel that the time for defendant Starbucks Corporation d/b/a Starbucks Coffee Company to appear, answer, or otherwise move in response to the Amended Complaint is extended to and including September 3, 2013.

Dated: New York, NY
   August 22, 2013

PRYOR CASHMAN LLP

By: _____
  James S. O'Brien Jr. (JO-0858)
7 Times Square
New York, NY 10036
(212) 421-4100

EISENBERG & BAUM LLP

By: _____
  Eric M. Baum (EB-5493)
24 Union Square East, 4th Fl.
New York, NY 10003
(212) 353-8700

So ordered:

_____
USDJ  8-22-13

1253961